# Exhibit A

FILED DATE: 1/5/2022 12:41 PM 2022L000129

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/01/20) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

TANIKO BRITTMON

Plaintiff(s) v.

CASE NO: 2022L000129

STEVEN LEVEILLE AND ENTERPRISE FLEET MANAGEMENT

Defendants

Address of Defendant(s)

Please serve as follows (check one):   ○ Certified Mail   X Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons (12/01/20) CCG 0001 B

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

---

● Atty. No.: 32429
○ Pro Se 99500

Name: Elman Joseph Law Group, LLC

Atty. for (if applicable): Plaintiff

Address: 212 W. Washington St., Suite 1208

City: Chicago

State: IL  Zip: 60606

Telephone: 312-739-2159

Primary Email: elmanlawgroup.court@gmail.com

Witness date _____

1/5/2022 12:41 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: _____

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

FILED
1/5/2022 12:41 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 1/5/2022 12:41 PM  2022L000129

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## LAW DIVISION

TANIKO BRITTMON
    Plaintiff

vs.

                2022L000129
No.
Amount Claimed: to exceed
$50,000 plus costs for Plaintiff

STEVEN G. LEVEILLE AND ENTERPRISE FLEET MANAGEMENT
    Defendants

### COMPLAINT

NOW COMES the Plaintiff, TANIKO BRITTMON, his attorneys, ELMAN JOSEPH LAW GROUP, LLC, and in complaining of the Defendants, STEVEN G. LEVEILLE and ENTERPRISE FLEET MANAGEMENT, states as follows:

1. That on 2/14/20, the Plaintiff, TANIKO BRITTMON, was an operator of motor vehicle who was proceeding to turn left at 9800 S. Halsted St. in the City of Chicago, County of Cook, and State of Illinois.

2. That on said date, the defendant, STEVEN G. LEVEILLE, was an operator of a motor vehicle who was proceeding to turn left at 9800 S. Halsted in the City of Chicago, County of Cook, and State of Illinois.

3. That at all times pertinent hereto, it was the duty of the Defendants to exercise ordinary care for the safety of the Plaintiff.

4. That notwithstanding said duty, the Defendants were guilty of one or more of the following negligent acts or omissions:

    a. Failed to yield the right of way;

    b. Failed to decrease the speed of said motor vehicle;

    c. Proceeded at a speed which was greater than reasonable and proper with regard to

1

traffic conditions, which endangered the safety of the Plaintiff;

d. Failed to keep said motor vehicle under proper control;

e. Failed to take proper evasive action to avoid a collision once it became imminent;

f. Failed to warn the other driver by honking his horn;

g. Operated said motor vehicle without keeping a proper and sufficient lookout; and

h. Attempted a left turn when it wasn't safe to do so.

i. Failed to stay within his lane of travel when making a left turn

j. Failed to attempt left lane in proper lane of travel.

k. Changed lanes when it wasn't safe to do so

5. That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions of the Defendant, the Defendant's motor vehicle collided with Plaintiff's vehicle, resulting in the Plaintiff sustaining injury to various portions of his/her body, requiring him/her to expend money or medical care and treatment; resulting in him/her experiencing pain, suffering and mental anguish both now and in the future; resulting in him/her becoming both temporarily and permanently disabled and disfigured; resulting in property damage to vehicle and out of pocket expenses.

6. That on said date, the defendant, STEVEN G. LEVEILLE, was a duly authorized agent of defendant, ENTERPRISE FLEET MANAGEMENT.

WHEREFORE, the Plaintiff, TAMIKO BRITTMON, prays for judgment against the Defendants, STEVEN G. LEVEILLE AND ENTERPRISE FLEET MANAGEMENT, in a sum to exceed FIFTY THOUSAND DOLLARS ($50,000.00) plus costs for the Plaintiff.

2

       ELMAN JOSEPH LAW GROUP, LLC

     By: *ANTHONY R. ELMAN*
       Anthony R. Elman
       Attorney for Plaintiff

**ELMAN JOSEPH LAW GROUP, LLC #32429**
**212 W. WASHINGTON, SUITE 1208**
**CHICAGO, IL 60606**
**Phone: (312) 739-2159**
**Email:** elmanlawgroup.court@gmail.com

### AFFIDAVIT AND VERIFICATION PURSUANT TO S. CT. RULE 222 (B)

 I, ANTHONY R. ELMAN, an attorney for the Plaintiff, state on oath that I am familiar with the facts relating to the above captioned matter. That the allegations contained in the Complaint are true and the nature and extent of Plaintiff's injuries are such that the claim has a value in excess of $50,000.00, pursuant to S. Ct. Rule 222 (B).

           *ANTHONY R. ELMAN*
           **ANTHONY R. ELMAN**